# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAMIS ARANGO GOMEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MARCUS POLLARD,<br><br>    Respondent. | Case No. CV 19-08670 PSG (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: April 8, 2020

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE